

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00327-CV

**IN THE INTEREST OF I.V.G.** and I.J.F. Jr., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016EM507068
Honorable Nick Catoe Jr., Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal.

It is so **ORDERED** on July 26, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.

_____
Luz Estrada, Chief Deputy Clerk